UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFOVISA, S.A., et al.,<br><br>   Plaintiff,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>   Defendants. | Case No.: C 06-7606 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

  On January 10, 2007, the parties filed a Stipulation for Dismissal of Action with Prejudice, and [Proposed] Order Thereon. Before the court takes any action on the stipulation and proposed order, it must be determined whether all of the parties consent to Magistrate Judge jurisdiction or whether any of the parties request reassignment to a District Judge. Therefore,

  IT IS HEREBY ORDERED that, no later than January 22, 2007, all parties shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or on the court's website at www.cand.uscourts.gov in the forms (civil) section.

  IT IS FURTHER ORDERED that, upon receipt of this order via the court's electronic filing system, Plaintiff's counsel shall immediately fax a copy of this order to counsel for Defendant.

Dated: *1/11/07*

                    PATRICIA V. TRUMBULL
                    United States Magistrate Judge

ORDER, *page 1*