AMAR L. THAKUR, CAL. BAR NO. 194025
BENI SURPIN, CAL. BAR NO. 216386
JON E. MAKI, CAL. BAR NO. 199958
NICOLE M. LEE, CAL. BAR NO. 222344
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:    858-720-8900
Facsimile:    858-509-3691

SHEPPARD MULLIN RICHTER & HAMPTON LLP
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Plaintiffs
InfoVista SA and InfoVista Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation, and DOES 1-10, inclusive;<br><br>        Defendants. | CASE NO. C-06-7606 PVT<br><br>STIPULATION FOR DISMISSAL OF ACTON WITH PREJUDICE, AND [~~PROPOSED~~] ORDER THEREON<br><br>Honorable Patricia V. Trumbull |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, plaintiffs INFOVISTA S.A. and INFOVISTA CORPORATION (collectively "INFOVISTA") and defendant MICROSOFT CORPORATION ("MICROSOFT"), (the "PARTIES") have entered into a Settlement Agreement and Mutual Release (the "Agreement") which resolves the claims and defenses that were or could have been asserted in this action; and

WHEREAS, the PARTIES agree this Court has jurisdiction over the subject matter of this action and over all PARTIES to this action and should retain jurisdiction over the Agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED BY ALL PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL that this Court enter the [Proposed] Order attached below to this Stipulation, which Order provides for: 1) dismissal of this action with prejudice, with each PARTY to bear its own respective costs and attorneys' fees incurred in connection with this action; and 2) retention of jurisdiction by this Court over the Agreement.

IT IS SO STIPULATED.

Dated: January 10, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
AMAR L. THAKUR
BENI SURPIN
JON E. MAKI
NICOLE M. LEE
NATHANIEL BRUNO

Attorneys for Plaintiffs
InfoVista SA and InfoVista Corporation

Dated: January 10, 2007

DEBEVOISE & PLIMPTON LLP

By _____
BRUCE P. KELLER

Attorneys for Defendant
Microsoft Corporation

## ORDER

Pursuant to and based on the above Stipulation of plaintiffs INFOVISTA S.A. and INFOVISTA CORPORATION (collectively "INFOVISTA") and defendant MICROSOFT CORPORATION ("MICROSOFT") (the "PARTIES"), IT IS HEREBY ORDERED THAT:

1. The Complaint in this action is dismissed with prejudice, and each PARTY shall bear its own respective attorneys' fees and costs incurred in connection with this action.

2. This Court shall retain jurisdiction over the Agreement referred to in the PARTIES' Stipulation.

IT IS SO ORDERED:

DATED: 1/24/07

*Patricia V. Trumbull*

HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE